# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 19-1455-DMG (SKx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) [24]** |

The parties having stipulated and agreed, the above-captioned action is hereby dismissed with prejudice and without an award of costs or fees to any party. The parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 19, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE